1  SEYFARTH SHAW LLP
   Thomas R. Kaufman (SBN 177936) tkaufman@seyfarth.com
2  2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3063
3  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
4
   SEYFARTH SHAW LLP
5  Kari Erickson Levine (SBN 146101) klevine@seyfarth.com
   560 Mission Street, Suite 3100
6  San Francisco, California 94105
   Telephone: (415) 397-2823
7  Facsimile: (415) 397-8549
8  Attorneys for Defendant
   KAISER FOUNDATION HEALTH PLAN, INC.
9
10
11
12
                    UNITED STATES DISTRICT COURT
13
           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
15  MARK STEELE, an individual, and DAN      )  Case No. C07-05743 BZ
    ROYSE, an individual, JULIE TEAGUE, an   )
    individual, and JERAHMEEL CAPISTRANO,    )  **ANSWER TO CLASS AND**
16  on behalf of themselves, and on behalf of all )  **COLLECTIVE ACTION COMPLAINT**
    persons similarly situated,               )
17                                             )
                 Plaintiffs,                   )
18                                             )
         v.                                    )
19                                             )
    KAISER FOUNDATION HEALTH PLAN,            )
20  INC., a California Corporation, and Does 1 to )
    10,                                        )
21                                             )
                 Defendants.                   )
22  _____ )
23
           Defendant KAISER FOUNDATION HEALTH PLAN, INC. ("Defendant") hereby
24
    submits the foregoing Answer to the Complaint filed by MARK STEELE, DAN ROYSE, JULIE
25
    TEAGUE and JERAHMEEL CAPISTRANO ("Plaintiffs") as follows:
26
           1.    Answering Paragraph 1 of the Complaint, Defendant avers this Paragraph does
27
    not require a response.
28
                                          1
       Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

1     2.     Denied.

2     3.     Denied.

3     4.     Answering Paragraph 4 of the Complaint, Defendant avers this Paragraph does

4  not require a response.

5     5.     Answering Paragraph 5 of the Complaint, Defendant admits that the Court has

6  subject matter jurisdiction over this matter and that the Court has supplemental jurisdiction over

7  Plaintiffs' state law claims.  Defendant denies the remaining allegations in Paragraph 5 of the

8  Complaint.

9     6.     Answering Paragraph 6 of the Complaint, Defendant admits that venue is proper

10  in this District, but denies the remaining allegations in Paragraph 6 of the Complaint.

11     7.     Defendant is without knowledge or information sufficient to form a belief as to

12  the truth of the allegations contained in Paragraph 7 of the Complaint, and on that basis denies

13  them.

14     8.     Defendant is without knowledge or information sufficient to form a belief as to

15  the truth of the allegations contained in Paragraph 8 of the Complaint, and on that basis denies

16  them.

17     9.     Defendant is without knowledge or information sufficient to form a belief as to

18  the truth of the allegations contained in Paragraph 9 of the Complaint, and on that basis denies

19  them.

20     10.     Defendant is without knowledge or information sufficient to form a belief as to

21  the truth of the allegations contained in Paragraph 10 of the Complaint, and on that basis denies

22  them.

23     11.     Answering Paragraph 11 of the Complaint, Defendant Kaiser Foundation Health

24  Plan, Inc. ("KFHP") is a California nonprofit public benefit corporation which enrolls members

25  and collects payments of dues.  It contracts to provide members hospital services in California.

26  Defendant denies the remaining allegations of this Paragraph of the Complaint.

27     12.     Answering Paragraph 12 of the Complaint, Defendant avers that this Paragraph

28  does not require a response.  Defendant further denies that it committed any unlawful actions

2

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

1  causing Plaintiffs to have suffered any losses or damages and denies every other allegation or

2  implication of any wrongdoing or breach of duty on the part of Defendant.

3      13.    Defendant denies that it committed any unlawful actions causing Plaintiffs to

4  have suffered any losses or damages and denies every other allegation or implication of any

5  wrongdoing or breach of duty on the part of Defendant. Defendant specifically states that its

6  failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

7  material herein, the parties to this action were exempt from the overtime compensation

8  requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

9  because they were employed in an administrative, executive or professional capacity within the

10  meaning of the applicable wage order. Defendant is without knowledge or information sufficient

11  to form a belief as to the truth of the remaining allegations contained in Paragraph 13 of the

12  Complaint, and on that basis denies them. Defendant denies the implication that it is in violation

13  of any legal duty.

14      14.    Defendant is without knowledge or information sufficient to form a belief as to

15  the truth of the allegations contained in Paragraph 14 of the Complaint, and on that basis denies

16  them.

17      15.    Defendant is without knowledge or information sufficient to form a belief as to

18  the truth of the allegations contained in Paragraph 15 of the Complaint, and on that basis denies

19  them.

20      16.    Defendant is without knowledge or information sufficient to form a belief as to

21  the truth of the allegations contained in Paragraph 16 of the Complaint, and on that basis denies

22  them. Defendant further denies that it committed any unlawful actions causing Plaintiffs to have

23  suffered any losses or damages and denies every other allegation or implication of any

24  wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to

25  pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material

26  herein, the parties to this action were exempt from the overtime compensation requirements of

27  the California Labor Code and the Industrial Welfare Commission Wage Order because they

28

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

1    were employed in an administrative, executive or professional capacity within the meaning of the

2    applicable wage order.

3          17.    Answering Paragraph 17 of the Complaint, Defendant avers that this Paragraph

4    does not require a response. Defendant further denies that it committed any unlawful actions

5    causing Plaintiffs to have suffered any losses or damages and denies every other allegation or

6    implication of any wrongdoing or breach of duty on the part of Defendant and specifically states

7    that its failure to pay overtime was not unlawful, unfair or fraudulent because at all times

8    relevant and material herein, the parties to this action were exempt from the overtime

9    compensation requirements of the California Labor Code and the Industrial Welfare Commission

10   Wage Order because they were employed in an administrative, executive or professional

11   capacity within the meaning of the applicable wage order.

12         18.    Deny.

13         19.    Deny.

14         20.    Deny.

15         21.    Deny.

16         22.    Deny.

17         23.    Deny.

18         24.    Deny.

19         25.    Deny.

20         26.    Answering Paragraph 26 of the Complaint, Defendant Kaiser Foundation Health

21   Plan, Inc. ("KFHP") is a California nonprofit public benefit corporation which enrolls members,

22   collects payments of dues.  It contracts to provide members hospital services in California.

23   Defendant denies the remaining allegations of this Paragraph.

24         27.    Defendant is without knowledge or information sufficient to form a belief as to

25   the truth of the allegations contained in Paragraph 27 of the Complaint, and on that basis denies

26   them.  Defendant further denies that it committed any unlawful actions causing Plaintiffs to have

27   suffered any losses or damages and denies every other allegation or implication of any

28   wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material herein, the parties to this action were exempt from the overtime compensation requirements of the California Labor Code and the Industrial Welfare Commission Wage Order because they were employed in an administrative, executive or professional capacity within the meaning of the applicable wage order.

28.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint, and on that basis denies them.  Defendant further denies that it committed any unlawful actions causing Plaintiffs to have suffered any losses or damages and denies every other allegation or implication of any wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material herein, the parties to this action were exempt from the overtime compensation requirements of the California Labor Code and the Industrial Welfare Commission Wage Order because they were employed in an administrative, executive or professional capacity within the meaning of the applicable wage order.

29.     Deny.

30.     Deny.

31.     Deny.

32.     Paragraph 32 of the Complaint is a purported summary of the law which speaks for itself and the various provisions referenced must be read in their entirety.  Insofar as Plaintiffs have inaccurately quoted or summarized any provision, Defendant denies the allegations of Paragraph 32.  Defendant further denies that it committed any unlawful actions causing Plaintiffs to have suffered any losses or damages and denies every other allegation or implication of any wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material herein, the parties to this action were exempt from the overtime compensation requirements of the California Labor Code and the Industrial Welfare Commission

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

Wage Order because they were employed in an administrative, executive or professional capacity within the meaning of the applicable wage order.

33.    Paragraph 33 of the Complaint is a purported summary of the law which speaks for itself and the various provisions referenced must be read in their entirety.  Insofar as Plaintiffs have inaccurately quoted or summarized any provision, Defendant denies the allegations of Paragraph 33.  Defendant further denies that it committed any unlawful actions causing Plaintiffs to have suffered any losses or damages and denies every other allegation or implication of any wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material herein, the parties to this action were exempt from the overtime compensation requirements of the California Labor Code and the Industrial Welfare Commission Wage Order because they were employed in an administrative, executive or professional capacity within the meaning of the applicable wage order.

34.    Deny.

35.    Deny.

36.    Deny.

37.    Deny.

38.    Defendant incorporates by reference, as if fully set forth herein, the responses to the allegations of Paragraphs 1 through 37, inclusive.

39.    Answering Paragraph 39 of the Complaint, Defendant Kaiser Foundation Health Plan, Inc. ("KFHP") is a California nonprofit public benefit corporation which enrolls members, collects payments of dues.  It contracts to provide members hospital services in California. Defendant denies the remaining allegations of this Paragraph.

40.    Paragraph 40 of the Complaint is a purported summary of the law and various code sections.  The statutory provisions speak for themselves and must be read in their entirety. Insofar as Plaintiffs have inaccurately quoted or summarized any provision of such code sections, Defendant denies the allegations of Paragraph 40.

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

1         41.     Paragraph 41 of the Complaint is a purported summary of the law and various

2    code sections.  The statutory provisions speak for themselves and must be read in their entirety.

3    Insofar as Plaintiffs have inaccurately quoted or summarized any provision of such code

4    sections, Defendant denies the allegations of Paragraph 41.

5         42.     Paragraph 42 of the Complaint is a purported summary of the law and various

6    code sections.  The statutory provisions speak for themselves and must be read in their entirety.

7    Insofar as Plaintiffs have inaccurately quoted or summarized any provision of such code

8    sections, Defendant denies the allegations of Paragraph 42.

9         43.     Deny.

10        44.     Deny.

11        45.     Paragraph 45 of the Complaint is a purported summary of the law.  Insofar as

12   Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

13   Paragraph 45.

14        46.     Deny.

15        47.     Paragraph 47 of the Complaint is a purported summary of the law.  Insofar as

16   Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

17   Paragraph 47.

18        48.     Paragraph 48 of the Complaint is a purported summary of the law.  Insofar as

19   Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

20   Paragraph 48.

21        49.     Paragraph 49 of the Complaint is a purported summary of the law.  Insofar as

22   Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

23   Paragraph 49.

24        50.     Paragraph 50 of the Complaint is a purported summary of the law.  Insofar as

25   Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

26   Paragraph 50.  Defendant further denies that it committed any unlawful actions causing Plaintiffs

27   to have suffered any losses or damages and denies every other allegation or implication of any

28   wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

1    pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material

2    herein, the parties to this action were exempt from the overtime compensation requirements of

3    the California Labor Code and the Industrial Welfare Commission Wage Order because they

4    were employed in an administrative, executive or professional capacity within the meaning of the

5    applicable wage order.

6        51.     Deny.

7        52.     Deny.

8        53.     Deny.

9        54.     Deny.

10        55.     Deny.

11        56.     Deny.

12        57.     Defendant denies that it committed any unlawful actions causing Plaintiffs to

13    have suffered any losses or damages and denies every other allegation or implication of any

14    wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to

15    pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material

16    herein, the parties to this action were exempt from the overtime compensation requirements of

17    the California Labor Code and the Industrial Welfare Commission Wage Order because they

18    were employed in an administrative, executive or professional capacity within the meaning of the

19    applicable wage order.

20        58.     Defendant incorporates by reference, as if fully set forth herein, the responses to

21    the allegations of Paragraphs 1 through 57, inclusive.

22        59.     Paragraph 59 of the Complaint is a purported summary of the law. Insofar as

23    Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

24    Paragraph 59.

25        60.     Paragraph 60 of the Complaint is a purported summary of the law. Insofar as

26    Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

27    Paragraph 60.

28

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

61.    Paragraph 61 of the Complaint is a purported summary of the law.  Insofar as Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of Paragraph 61.

62.    Paragraph 62 of the Complaint is a purported summary of the law.  Insofar as Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of Paragraph 62.

63.    Paragraph 63 of the Complaint is a purported summary of the law.  Insofar as Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of Paragraph 63.

64.    Paragraph 64 of the Complaint is a purported summary of the law.  Insofar as Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of Paragraph 64.

65.    Deny.

66.    Paragraph 66 of the Complaint is a purported summary of the law.  Insofar as Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of Paragraph 66.

67.    Paragraph 67 of the Complaint is a purported summary of the law.  Insofar as Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of Paragraph 67.

68.    Paragraph 68 of the Complaint is a purported summary of the law.  Insofar as Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of Paragraph 68.  Defendant further denies that it committed any unlawful actions causing Plaintiffs to have suffered any losses or damages and denies every other allegation or implication of any wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material herein, the parties to this action were exempt from the overtime compensation requirements of the California Labor Code and the Industrial Welfare Commission Wage Order because they

9

1    were employed in an administrative, executive or professional capacity within the meaning of the

2    applicable wage order. ˙

3        69.    Deny.  Defendant further denies that it committed any unlawful actions causing

4    Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

5    of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

6    failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

7    material herein, the parties to this action were exempt from the overtime compensation

8    requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

9    because they were employed in an administrative, executive or professional capacity within the

10    meaning of the applicable wage order.

11        70.    Deny.

12        71.    Deny.  Defendant further denies that it committed any unlawful actions causing

13    Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

14    of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

15    failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

16    material herein, the parties to this action were exempt from the overtime compensation

17    requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

18    because they were employed in an administrative, executive or professional capacity within the

19    meaning of the applicable wage order.

20        72.    Deny.  Defendant further denies that it committed any unlawful actions causing

21    Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

22    of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

23    failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

24    material herein, the parties to this action were exempt from the overtime compensation

25    requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

26    because they were employed in an administrative, executive or professional capacity within the

27    meaning of the applicable wage order.

28

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

73.    Deny.  Defendant further denies that it committed any unlawful actions causing Plaintiffs to have suffered any losses or damages and denies every other allegation or implication of any wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material herein, the parties to this action were exempt from the overtime compensation requirements of the California Labor Code and the Industrial Welfare Commission Wage Order because they were employed in an administrative, executive or professional capacity within the meaning of the applicable wage order.  Further, Defendant states that it did not willfully fail to comply with the compensation provisions of the California Labor Code, Cal. Labor Code § 200, et seq., but rather acted in good faith and had reasonable grounds for believing that it did not violate the compensation provisions of the California Labor Code, Cal. Labor Code § 200, et seq.

74.    Defendant denies that it committed any unlawful actions causing Plaintiffs to have suffered any losses or damages and denies every other allegation or implication of any wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material herein, the parties to this action were exempt from the overtime compensation requirements of the California Labor Code and the Industrial Welfare Commission Wage Order because they were employed in an administrative, executive or professional capacity within the meaning of the applicable wage order.

75.    Deny.  Defendant further denies that it committed any unlawful actions causing Plaintiffs to have suffered any losses or damages and denies every other allegation or implication of any wrongdoing or breach of duty on the part of Defendant and specifically states that its failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and material herein, the parties to this action were exempt from the overtime compensation requirements of the California Labor Code and the Industrial Welfare Commission Wage Order because they were employed in an administrative, executive or professional capacity within the meaning of the applicable wage order.  Further, Defendant states that it did not willfully fail to comply with the compensation provisions of the California Labor Code, Cal. Labor Code § 200,

11

1   et seq., but rather acted in good faith and had reasonable grounds for believing that it did not

2   violate the compensation provisions of the California Labor Code, Cal. Labor Code § 200, et seq.

3       76.    Defendant incorporates by reference, as if fully set forth herein, the responses to

4   the allegations of Paragraphs 1 through 75, inclusive.

5       77.    Paragraph 77 of the Complaint is a purported summary of the law. Insofar as

6   Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

7   Paragraph 77.

8       78.    Paragraph 78 of the Complaint is a purported summary of the law. Insofar as

9   Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

10  Paragraph 78.

11      79.    Paragraph 79 of the Complaint is a purported summary of the law. Insofar as

12  Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

13  Paragraph 79.

14      80.    Defendant is without knowledge or information sufficient to form a belief as to

15  the truth of the allegations contained in Paragraph 80 of the Complaint, and on that basis denies

16  them.

17      81.    Deny. Defendant further denies that it committed any unlawful actions causing

18  Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

19  of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

20  failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

21  material herein, the parties to this action were exempt from the overtime compensation

22  requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

23  because they were employed in an administrative, executive or professional capacity within the

24  meaning of the applicable wage order.

25      82.    Defendant incorporates by reference, as if fully set forth herein, the responses to

26  the allegations of Paragraphs 1 through 81, inclusive.

27  ///

28  ///

12

1       83.    Paragraph 83 of the Complaint is a purported summary of the law.  Insofar as

2   Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

3   Paragraph 83.

4       84.    Paragraph 84 of the Complaint is a purported summary of the law.  Insofar as

5   Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

6   Paragraph 84.

7       85.    Paragraph 85 of the Complaint is a purported summary of the law.  Insofar as

8   Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

9   Paragraph 85.

10      86.    Paragraph 86 of the Complaint is a purported summary of the law.  Insofar as

11  Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

12  Paragraph 86.

13      87.    Deny.

14      88.    Deny.  Defendant further denies that it committed any unlawful actions causing

15  Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

16  of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

17  failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

18  material herein, the parties to this action were exempt from the overtime compensation

19  requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

20  because they were employed in an administrative, executive or professional capacity within the

21  meaning of the applicable wage order.

22      89.    Defendant incorporates by reference, as if fully set forth herein, the responses to

23  the allegations of Paragraphs 1 through 88, inclusive.

24      90.    Paragraph 90 of the Complaint is a purported summary of the law.  Insofar as

25  Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

26  Paragraph 90.

27      91.    Deny.

28

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

1      92.    Deny.  Defendant further denies that it committed any unlawful actions causing

2  Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

3  of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

4  failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

5  material herein, the parties to this action were exempt from the overtime compensation

6  requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

7  because they were employed in an administrative, executive or professional capacity within the

8  meaning of the applicable wage order.

9      93.    Defendant incorporates by reference, as if fully set forth herein, the responses to

10  the allegations of Paragraphs 1 through 92, inclusive.

11      94.    Deny.

12      95.    Paragraph 95 of the Complaint is a purported summary of the law.  Insofar as

13  Plaintiffs have inaccurately quoted or summarized the law, Defendant denies the allegations of

14  Paragraph 95.

15      96.    Deny.  Defendant further denies that it committed any unlawful actions causing

16  Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

17  of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

18  failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

19  material herein, the parties to this action were exempt from the overtime compensation

20  requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

21  because they were employed in an administrative, executive or professional capacity within the

22  meaning of the applicable wage order.

23      97.    Deny.  Defendant further denies that it committed any unlawful actions causing

24  Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

25  of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

26  failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

27  material herein, the parties to this action were exempt from the overtime compensation

28  requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

14

1    because they were employed in an administrative, executive or professional capacity within the

2    meaning of the applicable wage order.

3         98.    Deny.  Defendant further denies that it committed any unlawful actions causing

4    Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

5    of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

6    failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

7    material herein, the parties to this action were exempt from the overtime compensation

8    requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

9    because they were employed in an administrative, executive or professional capacity within the

10   meaning of the applicable wage order.

11        99.    Deny.  Defendant further denies that it committed any unlawful actions causing

12   Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

13   of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

14   failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

15   material herein, the parties to this action were exempt from the overtime compensation

16   requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

17   because they were employed in an administrative, executive or professional capacity within the

18   meaning of the applicable wage order.

19       100.    Deny.  Defendant further denies that it committed any unlawful actions causing

20   Plaintiffs to have suffered any losses or damages and denies every other allegation or implication

21   of any wrongdoing or breach of duty on the part of Defendant and specifically states that its

22   failure to pay overtime was not unlawful, unfair or fraudulent because at all times relevant and

23   material herein, the parties to this action were exempt from the overtime compensation

24   requirements of the California Labor Code and the Industrial Welfare Commission Wage Order

25   because they were employed in an administrative, executive or professional capacity within the

26   meaning of the applicable wage order.

27   ///

28   ///

15

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

## RESPONSE TO PRAYER FOR RELIEF

In Response to Paragraphs A through K of the Prayer for Relief, Defendant denies that Plaintiffs are entitled to any of the relief which Plaintiffs seek in those Paragraphs.

## AFFIRMATIVE DEFENSES

Defendant, by and through its attorneys, and pursuant to Rule 8 of the Federal Rules of Civil Procedure, states as follows for its affirmative defenses to Plaintiffs' Complaint:

### FIRST AFFIRMATIVE DEFENSE

As its first affirmative defense, and without prejudice to its denials and other statements of his pleadings, Defendants allege that Plaintiffs' Complaint and each purported cause of action asserted against Defendants therein fails to set forth facts sufficient to constitute a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations, including but not limited to, Code of Civil Procedure sections 338, 339, and 340 and California Business & Professions Code section 17208.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs have delayed inexcusably and unreasonably in the filing of this action causing substantial prejudice to Defendant, and thus, Plaintiffs' claims are barred by the equitable doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, and each and every cause of action alleged therein, is barred by the doctrines of waiver and estoppel.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, and each and every cause of action alleged therein, is barred by the doctrine of unclean hands.

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' Complaint is barred because Defendant's failure to pay overtime was not unlawful, unfair or fraudulent. At all times relevant and material herein, the parties to this action were exempt from the overtime compensation requirements of the California Labor Code and the Industrial Welfare Commission Wage Order because the putative class members were employed in an administrative, executive or professional capacity within the meaning of the applicable wage order.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs are not entitled to any penalty award under section 203 of the California Labor Code since, at all times relevant and material herein, Defendant did not willfully fail to comply with the compensation provisions of the California Labor Code, Cal. Labor Code § 200, et seq., but rather acted in good faith and had reasonable grounds for believing that it did not violate the compensation provisions of the California Labor Code, Cal. Labor Code § 200, et seq.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant cannot be held liable for any of the claims asserted in the Complaint because it never employed Plaintiffs nor any of the putative class members.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred to the extent they failed to exhaust their mandatory administrative remedies under the applicable statute(s).

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims for injunctive relief are barred because the Plaintiffs have an adequate and complete remedy at law and/or Plaintiffs cannot make the requisite showing to obtain injunctive relief in a labor dispute under California Labor Code section 1138.1, et seq.

**PRAYER**

Wherefore, Defendant prays for judgment as follows:

1.    That Plaintiffs takes nothing for the Complaint;

2.    That judgment be entered in favor of Defendant and against Plaintiffs on all causes of action;

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ

1        3.   That Defendant be awarded reasonable attorneys' fees according to proof;

2        4.   That Defendant be awarded the costs of suit incurred herein; and

3        5.   That Defendant be awarded such other and further relief as the Court may deem

4    appropriate.

5

6    DATED: December 26, 2007              SEYFARTH SHAW LLP

7

8                   By  /s/*Kari Erickson Levine*
                       Kari Erickson Levine

9                    Attorneys for Defendant KAISER
                FOUNDATION HEALTH PLAN, INC.

10

11   SF1 28311425.1 /23851-000110

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Answer of Def. Kaiser Foundation Health Plan, Inc. to Complaint / Case No. C07-05743 BZ