SEYFARTH SHAW LLP
Thomas R. Kaufman (SBN 177936) tkaufman@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101) klevine@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEELE, an individual, and DAN ROYSE, an individual, JULIE TEAGUE, an individual, and JERAHMEEL CAPISTRANO, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,<br><br>Defendants. | Case No. C07-05743 BZ<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Thomas R. Kaufman, of the law firm Seyfarth Shaw LLP, hereby appears as attorney of record on behalf of Defendant KAISER

1
NOTICE OF APPEARANCE
LA1 6671813.1 / 23851-000001

1  FOUNDATION HEALTH PLAN, INC.

2

3
   DATED: January 2, 2008                    SEYFARTH SHAW LLP
4

5
                                             By \s\ Thomas R. Kaufman
6                                                Thomas R. Kaufman
                                             Attorneys for Defendant KAISER
7                                            FOUNDATION HEALTH PLAN, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28