1  BLUMENTHAL & NORDREHAUG
     Norman B. Blumenthal (State Bar #068687)
2    Kyle R. Nordrehaug (State Bar #205975)
     Aparajit Bhowmik (State Bar #248066)
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone: (858)551-1223
   Facsimile: (858) 551-1232
5
   UNITED EMPLOYEES LAW GROUP
6    Walter Haines, Esq.
   65 Pine Ave, #312
7  Long Beach, CA 90802
   Telephone: (562) 256-1047
8  Facsimile: (562) 256-1006

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | MARK STEELE, an individual, and DAN ROYSE, an individual, JULIE TEAGUE, an individual, and JERAHMEEL CAPISTRANO, on behalf of themselves, and on behalf of all persons similarly situated, | **CASE NO.: C07-05743 BZ**
14 | | 
15 | | **PROOF OF SERVICE OF SUMMONS**
16 | |
17 | Plaintiffs, |
18 | vs. |
19 | KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10, |
20 | |
21 | |
22 | Defendants. |

G:\D\NBB\Steele v. KP\p-pos-summons.wpd

1

Proof of Service of Summons                                              C07-05743 BZ

NORMAN B. BLUMENTHAL, ESQ. SBN068687
2255 CALLE CLARA
LA JOLLA, CA 92037
(858)551-1223

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CENTRAL DISTRICT

| | |
|---|---|
| MARK STEELE, et al., | ) Case No. C07-05743 BZ |
| PLAINTIFF, | ) PROOF OF SERVICE |
| vs. | ) |
| KAISER FOUNDATION HEALTH PLAN, | ) |
| DEFENDANTS, | ) |

I, JOHN D. HOUSTON, declare as follows:

I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, California, where the service occurred and my business address is 2250 Fourth Avenue, San Diego, CA 92101.

I served the following documents:

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET

NORMAN B. BLUMENTHAL, ESQ. (SBN 068687)
BLUMENTHAL & NORDREHAUG,
2255 CALLE CLARA
LA JOLLA  CA  92037
858-551-1223
Attorney for : PLAINTIFF

Ref. No.       : 0244898-01
Atty. File No. : CA 371

UNITED STATES DISTRICT COURT NORTHERN

| | | |
|---|---|---|
| PLAINTIFF  | : MARK STEELE, an individual, et. al. | Case No.: C07-05743 BZ |
| DEFENDANT | : KAISER FOUNDATION HEALTH PLAN, INC. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served   :   KAISER FOUNDATION HEALTH PLAN, INC. a California Corporation
                         AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
   b. Person served  :   BECKY DEGEORGE, PROCESS SPECIALIST
                         (AUTHORIZED AGENT FOR CSC-LAWYERS INC.)

4. Address where the party was served  2730 GATEWAY OAKS DRIVE    SUITE 100
                                       SACRAMENTO, CA  95833    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  December 5, 2007   (2) at: 10:30 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    KAISER FOUNDATION HEALTH PLAN, INC. a California Corporation
                       AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
      under  [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. JOHN D. HOUSTON
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $84.50
   e. I am:
      (3) a registered California process server
         (i)   an employee
         (ii)  Registration No. 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 7, 2007                  Signature: _____
                                                   JOHN D. HOUSTON

Jud. Coun. form, rule 982.9                        **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)