**United States District Court**
For the Northern District of California

1
2
3   IN THE UNITED STATES DISTRICT COURT
4
5   FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7                                           No  C            VRW
8              Plaintiff,
                                            **ORDER SETTING CASE**
9       v                                   **MANAGEMENT CONFERENCE**
10
11
12             Defendant.
13                                    /
14   _____

15       Pursuant to FRCP 16 and Civil LR 16-2, **IT IS ORDERED** that a Case Management
16  Conference will be called in this case before the undersigned **Thursday**,
17  _____ at **3:30 p.m.** in Courtroom 6, 17th floor, at 450 Golden Gate
18  Avenue, San Francisco, California.
19           **IT IS FURTHER ORDERED** :
20           1. Plaintiff is directed to serve, in accordance with the provisions of FRCP 4 and 5,
21  copies of this order at once on all parties to this action, and on any parties subsequently joined.
22  Following service, plaintiff shall file an appropriate certificate of service with the court.
23           2. Failure to serve the summons, complaint and this order on all parties pursuant to
24  FRCP 4 and 5 shall be presumptive evidence of lack of prosecution and subject
25  the complaint to dismissal under FRCP 41(b).  Except in the unusual case, the court expects that by the
26  time of conference, the answer or other responsive pleading shall have already
27  been served and filed.  In the event a party files a motion to dismiss pursuant to FRCP 12, the court will
28  vacate the date of the Case Management Conference and will re-set it after ruling on the motion to

1  dismiss.  The court discourages the parties from extending time for pleading or seeking extensions of
2  time beyond those provided in the Federal Rules.

3         3.  Before appearing at the conference, the parties or their counsel, or both, shall meet
4  and confer about the substance of the action and the most expeditious means of resolving this litigation.
5  To prepare for the conference, the parties shall review and comply in all respects with the requirements
6  of Civil L R 16-9.

7         4.  At the initial case management conference, the parties or at least one attorney of
8  record for each party must appear in person.  See FRCP 26(f); Civ LR 16-10(a).  The case management
9  conference shall be conducted informally and not reported unless one or more parties is not represented
10 by counsel.  Failure of any party or counsel therefor to attend, prepare for and participate in good faith
11 in the conference shall be grounds for appropriate sanctions.  FRCP 16(f).

12        5.  No continuance of the conference will be granted except by order of the court upon
13 application of a party.  The application shall be made seven days before the date of the conference and
14 supported by a declaration showing good cause.  In no event shall any party request that the conference be
15 scheduled more than 60 days after filing of the answer by any party.

16        6.  The parties are directed to comply with Civil L R 37-1(b) for presentation of a
17 disclosure or discovery dispute not resolved by the conference required by Civil L R 37-1(a).

18        **IT IS SO ORDERED.**

                          VAUGHN R WALKER
                          UNITED STATES DISTRICT CHIEF JUDGE

**United States District Court**
For the Northern District of California

Updated: 8/15/2007

2