**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
  Walter Haines, Esq.
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MARK STEELE, an individual, and DAN ROYSE, an individual, JULIE TEAGUE, an individual, and JERAHMEEL CAPISTRANO, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,<br><br>Defendants. | **CASE NO.: C07-05743 BZ**<br><br>**PROOF OF SERVICE** |

---
PROOF OF SERVICE

C07-05743 BZ

## CERTIFICATE OF SERVICE

I, am, at all relevant times, was a citizen of the United States and a resident of the County of San Digeo and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, CA 92037. I hereby certify the following document(s):

(1) **CLERK'S NOTICE;**
(2) **ORDER SETTING CASE MANAGEMENT CONFERENCE**; and,
(3) **STANDING ORDER.**

have been sent via U.S Mail to the attorneys for the Defendants at the following address(es):

Thomas Kaufman
Seyfarth Shaw LLP
2029 Century Park East, Ste. 3300
Los Angeles, CA 90067
(310) 277-7200 [Office]
(310) 201-5219 [Fax]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 17, 2008 at San Diego, California.

By: /s/ Aparajit Bhowmik
Aparajit Bhowmik

G:\D\NBB\Steele v. KP\p-POS-Clerk's Order.wpd

2
PROOF OF SERVICE
C07-05743 BZ