**BLUMENTHAL & NORDREHAUG**
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
Walter Haines, Esq. (CSB #71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Class Plaintiffs

**SEYFARTH SHAW LLP**
Thomas R. Kaufman (SBN 177936)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

**SEYFARTH SHAW LLP**
Kari Erickson Levine (SBN 146101)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEELE, an individual, and DAN ROYSE, an individual, JULIE TEAGUE, an individual, and JERAHMEEL CAPISTRANO, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,<br><br>Defendants. | **CASE NO.: C 07-5743 VRW**<br><br>CLASS ACTION<br><br>**JOINT CASE MANAGEMENT CONFERENCE REPORT**<br><br>Date:        March 20, 2008<br>Time:        3:30 p.m.<br>Courtroom:   6, 17th floor<br>Judge:       Hon. Chief Judge Vaughn R Walker |

Plaintiffs Mark Steele, Dan Royse, Julie Teague, and Jerahmeel Capistrano ("Plaintiffs") and Defendant Kaiser Foundation Health Plan, Inc. ("Defendant") (collectively referred to herein as "the Parties") have agreed to enter into a mediation. As shown in the Stipulation Selecting ADR Process, attached hereto as Exhibit 1, the Parties will be participating in a private mediation before Anthony Piazza on May 13, 2008 in San Francisco. In anticipation of the mediation, the Parties respectfully request a stay of discovery and a continuance of all Rule 26(f) related dates until after the Mediation has been completed, as described below:

## I.   Rule 26(f) Obligations

The Parties request a continuance of the timing of all Rule 26(f) obligations until June 1, 2008. In the event that the Mediation is unsuccessful, the Parties will then meet and confer as necessary under Rule 26(f). Pursuant to Rule 26(a), the Parties will then make the required initial disclosures at or within fourteen (14) days after the Rule 26(f) Conference. The Parties also request a continuance of the Court's Case Management Conference of March 20, 2008 until some date that is convenient for the Court in the month of June of 2008. Before this Conference, the Parties will submit a subsequent joint statement to update the Court on the status of this case.

## II.   Timing of Discovery

To prepare for the upcoming mediation, the Parties have agreed to informally exchange discovery. As a result, the Parties respectfully request that all formal discovery proceedings are stayed by the Court until June 1, 2008.

Finally, the parties agree that scheduling any additional dates at this time would be premature prior to the mediation taking place on May 13, 2008.

Dated: February 28, 2008                    BLUMENTHAL & NORDREHAUG

                                            By:  /S/ Aparajit Bhowmik
                                                 Aparajit Bhowmik
                                                 Attorneys for Plaintiffs

| | |
|---|---|
| Dated: February 28, 2008 | SEYFARTH SHAW LLP |
| | By: /S/ Kari E. Levine |
| | Kari E. Levine |
| | Attorneys for Defendant |

*Concurrence in the filing of the document has been obtained from this signatory which shall serve in lieu of her signature on the document.

EXHIBIT  1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MARK STEELE, et al.

Plaintiff(s),

CASE NO. C 07 5743 VRW

v.

KAISER FOUNDATION HEALTH PLAN, INC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　Non-binding Arbitration (ADR L.R. 4)
　　Early Neutral Evaluation (ENE)　(ADR L.R. 5)
　　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓　Private ADR *(please identify process and provider)* MEDIATION
　　Parties agree to Anthony Piazza as Mediator and is currently scheduled for May 13, 2008

The parties agree to hold the ADR session by:
✓　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

　　other requested deadline _____

Dated: 28 Feb 2008

_____
Aparajit Bhowmik
Attorney for Plaintiffs

Dated: 28 Feb. 2008

_____
Kari E. Levine
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated:_____ _____

                                              UNITED STATES DISTRICT    JUDGE