IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEELE, et al., <br><br> Plaintiff, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, et al., <br><br> Defendant. <br>_____/ | No. C 07-5743 VRW <br><br> **CLERK'S NOTICE** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

TO PARTIES AND COUNSEL OF RECORD, per Parties joint request, the Case Management Conference currently scheduled for March 20, 2008 shall be **continued to Thursday, June 19, 2008 at 3:30 p.m.** To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10.

Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: March 4, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker