**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (SBN 068687)
  Kyle R. Nordrehaug (SBN 205975)
  Aparajit Bhowmik (SBN 248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
  Walter Haines, Esq. (SBN 71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Class Plaintiffs

**SEYFARTH SHAW LLP**
  Thomas R. Kaufman (SBN 177936)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

**SEYFARTH SHAW LLP**
  Kari Erickson Levine (SBN 146101)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEELE, an individual, and DAN ROYSE, an individual, JULIE TEAGUE, an individual, and JERAHMEEL CAPISTRANO, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,<br><br>Defendants. | **CASE NO.: C07-05743 BZ**<br><br>**STIPULATION OF DISMISSAL**<br><br>Action filed:   May 30, 2007<br><br>Courtroom:   6, 17th floor<br><br>Judge:   Hon. Chief Judge Vaughn R Walker |

1

**STIPULATION OF DISMISSAL**

Case No. C 07-5743 VRW

1     IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1).

Dated: June 9, 2008      SEYFARTH & SHAW LLP

By:    s/Thomas R. Kaufman*
      Thomas R. Kaufman
      Attorneys for Defendant Kaiser Foundation
      Health Plan, Inc.

Dated: June 9, 2008      BLUMENTHAL & NORDREHAUG

By:    s/Aparajit Bhowmik
      Aparajit Bhowmik

UNITED EMPLOYEES LAW GROUP
Walter Haines, Esq.
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Class Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: June 9, 2008

By:_____
    The Honorable Judge Vaughn R. Walker
    Chief Judge of the United States District Court

---

\* Concurrence in the filing of the document has been obtained from this signatory which shall serve in lieu of his signature on the document.

G:\D\NBB\Steele v. KP\p-stip-dismissal.wpd

2

**STIPULATION OF DISMISSAL**

Case No. C 07-5743 VRW