1  **BLUMENTHAL & NORDREHAUG**
   Norman B. Blumenthal (SBN 068687)
2  Kyle R. Nordrehaug (SBN 205975)
   Aparajit Bhowmik (SBN 248066)
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone: (858)551-1223
   Facsimile: (858) 551-1232
5
   **UNITED EMPLOYEES LAW GROUP**
6  Walter Haines, Esq. (SBN 71075)
   65 Pine Ave, #312
7  Long Beach, CA 90802
   Telephone: (562) 256-1047
8  Facsimile: (562) 256-1006

9  Attorneys for Class Plaintiffs

**SEYFARTH SHAW LLP**
Thomas R. Kaufman (SBN 177936)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

**SEYFARTH SHAW LLP**
Kari Erickson Levine (SBN 146101)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEELE, an individual, and DAN ROYSE, an individual, JULIE TEAGUE, an individual, and JERAHMEEL CAPISTRANO, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,<br><br>Defendants. | **CASE NO.: C07-05743 VRW**<br><br>**STIPULATION OF DISMISSAL**<br><br>Action filed:   May 30, 2007<br><br>Courtroom:   6, 17th floor<br><br>Judge:   Hon. Chief Judge Vaughn R Walker |

1

**STIPULATION OF DISMISSAL**

Case No. C 07-5743 VRW

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action be and hereby is dismissed without prejudice
3 pursuant to Fed. R. Civ. Proc. 41(a)(1).

4

5 Dated: June 9, 2008                    SEYFARTH & SHAW LLP

6
                                         By:     s/Thomas R. Kaufman*
7                                                Thomas R. Kaufman
                                                 Attorneys for Defendant Kaiser Foundation
8                                                Health Plan, Inc.

9
  Dated: June 9, 2008                    BLUMENTHAL & NORDREHAUG
10

11                                       By:     s/Aparajit Bhowmik
                                                 Aparajit Bhowmik
12
                                         UNITED EMPLOYEES LAW GROUP
13                                       Walter Haines, Esq.
                                         65 Pine Ave, #312
14                                       Long Beach, CA 90802
                                         Telephone: (562) 256-1047
15                                       Facsimile: (562) 256-1006

16                                       Attorneys for Class Plaintiffs

17

18 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

19
   Dated: ~~June 9, 2008~~
20        June 11, 2008           By:_____
                                         The Honorable Vaughn R. Walker
21                                       Chief Judge, United States District Court
22

23                                       *IT IS SO ORDERED*
                                         *Judge Vaughn R Walker*
24

25

26 * Concurrence in the filing of the document has been obtained from this signatory which shall serve
   in lieu of his signature on the document.
27 G:\D\NBB\Steele v. KP\p-stip-dismissal.wpd

28                                       2

**STIPULATION OF DISMISSAL**
                                                                         Case No. C 07-5743 VRW